# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI VAN VAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 08-0523-DSF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, with the following changes:

　　　　P. 3, ln. 20: insert before "Morgan v. Comm'r," "DeLorme, 924 F.2d at 846";

　　　　P. 8, ln. 10: change "Buckhart" to "Burkhart";

　　　　P. 10, ln. 9: add quotation mark before "Where";

　　　　P.10, ln. 12 should read: "the opinion of the nontreating source may itself be . . . ."

1   IT IS ORDERED that the decision of the Commissioner of Social Security Administration
2   is affirmed.

4   DATED: 3/10/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE