# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI VAN VAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 08-0523-DSF (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 3/10/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE